UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES, JR.,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>P. HORN,<br><br>　　　　　　Respondent | Case No. 5:23-cv-01055-DDP-JC<br><br>JUDGMENT |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed without prejudice.

　　IT IS SO ADJUDGED.

DATED: June 23, 2023

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE